United States District Court
Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    MANUEL DUARTE,                         Case No. 19-cv-03890-SI (SI)

                 Plaintiffs,

5

6          v.                      **PRETRIAL PREPARATION ORDER (CIVIL)**

7    JOHNS MANVILLE,

                 Defendants.

8

9

10    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

11    FURTHER CASE MANAGEMENT: 4/3/2020 at 3:00 PM.
    Counsel *must* file a joint case management statement seven days in advance of the conference.

12

13    DEADLINE FOR AMENDMENT OF THE PLEADINGS:  12/6/2019

14    DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

15    NON-EXPERT DISCOVERY CUTOFF is: 5/1/2020.

16    DESIGNATION OF EXPERTS: 5/15/2020; REBUTTAL: 6/1/2020;
         Parties **SHALL** conform to Rule 26(a)(2).

17

18    EXPERT DISCOVERY CUTOFF is: 6/30/2020.

19    DISPOSITIVE MOTIONS **SHALL** be filed by; 7/2/2020;
         Opp. Due: 7/17/2020; Reply Due: 7/24/2020;

20         and set for hearing no later than 8/7/2020 at 10:00 AM.

21

22    PRETRIAL CONFERENCE DATE: 9/8/2020 at 3:30 PM.
         Joint pretrial statement due: 8/25/2020

23    JURY TRIAL DATE: 9/21/2020 at 8:30 AM.
         Courtroom 1, 17th floor.

24

25    TRIAL LENGTH is estimated to be 14 days.

26

27

28

1  SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

2  Case referred to private mediation to be completed by March 31, 2020.  Parties will file a

3  joint statement designating their agreed mediator by 10/31/2019.

4  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all

5  aspects of the case, including settlement.  Parties **SHALL** conform to the attached
   instructions.  Plaintiff is ORDERED to serve a copy of this order on any party

6  subsequently joined in this action.

7

8       **IT IS SO ORDERED**.

9

10  Dated: 10/16/2019

11  _____

12  SUSAN ILLSTON
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28