UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DUARTE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNS MANVILLE, et al.,<br><br>    Defendants. | Case No. 19-cv-03890-SI<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME AND ENTERING THE PARTIES' STIPULATION**<br><br>Re: Dkt. No. 73 |

On May 25, 2021, defendant Johns Manville filed an ex parte motion for an order shortening time and a motion requesting the Court find Johns Manville's settlement with plaintiff was made in good faith. Dkt. No. 73. Neither of the other defendants in this matter opposes either motion. Dkt. Nos. 73, 75, 76.

Having considered the papers submitted, the Court finds the settlement entered into between Johns Manville and Plaintiff was made in good faith. The determination by the Court that the settlement was made in good faith shall bar any other joint tortfeasors or co-obligor from any further claims against the settling tortfeasors or co-obligor for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault (Code of Civil Procedure §877.6(c)).

**IT IS SO ORDERED**.

Dated: May 28, 2021

_____
SUSAN ILLSTON
United States District Judge